AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| Kelvin Kamara<br>also known as Kelvin Onwuegbuchalam Okogbu<br>also known as Saidu Mohammed<br>DOB: 02/20/1979 and 02/20/1977<br>PDID:<br>(Name and Address of Defendant) | CASE NUMBER: |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___February 20, 2006, through March 16, 2006___ in ___Washington, D.C.___ county, in the District of ___Columbia___ defendant(s) did,

(Track Statutory Language of Offense)

transmit in interstate and foreign commerce communications containing demands and requests for ransom or a reward for the release of a kidnaped person– to wit, Jill Carroll, a United States citizen being held hostage in Iraq and, having devised a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, did transmit and caused to be transmitted by means of wire communications in interstate and foreign commerce writings for the purpose of executing such scheme and artifice.

in violation of Title ___18___ United States Code, Section(s) ___875; 1343___.

I further state that I am ___Charles Price II, Special Agent with the Federal Bureau of Investigation___, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant

AUSA, Jay I. Bratt   (202) 353 3602
Sworn to before me and subscribed in my presence,

Charles Price II, Special Agent
Federal Bureau of Investigation
703 762 3412-Pager

_____   at   ___Washington, D.C.___
Date                                                               City and State

_____   _____
Name & Title of Judicial Officer                Signature of Judicial Officer