# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

KELVIN KAMARA
AKA KELVIN ONWUEGBUCHULAM OKOGBU
AKA SAIDU MUHAMMED

**WARRANT FOR ARREST**

FILED
AUG 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06 - 125 - M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KELVIN KAMARA AKA KELVIN ONWUEGBUCHULAM OKOGBU AKA SAIDU MOHAMMED

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

Indictment   ☐ Information   X Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

transmitting interstate and foreign commerce communications containing demands and requests for ransom or a reward for the release of a kidnaped person– to wit, Jill Carroll, a United States citizen being held hostage in Iraq and having devised a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitting and causing to be transmitted by means of wire communications in interstate and foreign commerce writings and sounds for the purpose of executing such scheme and artifice

in violation of Title 18, United States Code, Section(s) 875; 1343

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

MAR 1 6 2006   District of Columbia
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/16/06 | Stephenie Owens, Deputy US Marshal | [Signature] |
| DATE OF ARREST 8/28/06 | | |